# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1339
Lower Tribunal No. 17-CF-018165

_____

ROBERT DUANE BOYETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

December 30, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Robert Duane Boyett, Doral, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell and Christopher Manon, Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED